AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\***\*\*** \_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_\_\_\_

CYNTHIA R. BECKMAN,

      Plaintiff,             JUDGMENT IN A CIVIL CASE
  V.

                               CASE NUMBER: **3:06-CV-00689-LRH-RAM**

GORDON H. MANSFIELD,
Acting Secretary of Veterans Affairs,

      Defendant.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Document #6) is hereby GRANTED.


   March 27, 2008                                   **LANCE S. WILSON**
                                                                      Clerk


                                                                       /s/ Katie Lynn Ogden
                                                                          Deputy Clerk